### Joseph Michael LADEAIROUS, Plaintiff–Appellant,

v.

Michael GOLDSMITH, Chief of Police, City of Norfolk, Virginia, sued in official and individual; Harold Clarke, Director of the Virginia Department of Corrections, sued in official and individual capacity; James C. Bodie, Intake Counsel of the Virginia State Bar, sued in official and individual capacity, Defendants–Appellees,

and

Virginia, Defendant.

No. 15–6665.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

John Michael Ladeairous, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Ladeairous appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ladeairous v. Goldsmith,* No. 3:13–cv–00673–JAG, 2015 WL 1787297 (E.D.Va. Apr. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*